June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DARYL GREEN, Appellant

NO. 14-14-00320-CV                    V.

GROCERS SUPPLY CO. INC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Grocers Supply Co. Inc., signed May 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Daryl Green to pay all costs incurred in this appeal.

We further order this decision certified below for observance.